TOPOLA ET AL., APPELLEES, *v.* WISNIEWSKI, APPELLANT.

[Cite as Topola *v.* Wisniewski (1990), 55 Ohio St. 3d 30.]

(No. 90-1000—Submitted September 18, 1990 — Decided November 14, 1990.)

*David A. Katz Co., L.P.A.,* and *Murray Richelson,* for appellees.

*Meyers, Hentemann, Schneider & Rea Co., L.P.A., Henry A. Hentemann* and *Kirk E. Roman,* for appellant.

The motion to certify the record is allowed and this cause is reversed on authority of *Marchetti* v. *Kalish* (1990), 53 Ohio St. 3d 95, 559 N.E. 2d 699, and *Thompson* v. *McNeill* (1990), 53 Ohio St. 3d 102, 559 N.E. 2d 705.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.